EDWARD H. KUBO, JR.
United States Attorney

MICHAEL K. KAWAHARA        1460
BEVERLY WEE SAMESHIMA      2556
Assistant U.S. Attorneys
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov
Beverley.Sameshima@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 08 2003

___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. CR03 00026 |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. 963, 952(a), 846, 841(a)(1) & 18 U.S.C. 2] |
| DANIEL FARMER, (01) ) | |
| LOVINA L. FARMER, (02) ) | |
| Defendants. ) | |

**INDICTMENT**

Count 1:

The Grand Jury charges that:

From a time unknown to the grand jury up through and including on or about September 21, 2001 in the District of Hawaii and elsewhere, defendants Daniel Farmer and Lovina L. Farmer and others known and unknown to the grand jury knowingly and intentionally conspired to import into the United States from a place outside thereof fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 952(a).

<u>Overt Acts</u>:

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about July 6, 2001 at their residence then located at 5162 Laukona Street, Lihue, Kauai, Hawaii, Daniel Farmer and Lovina L. Farmer possessed video surveillence equipment as cameras and a monitor.

2. On or about July 6, 2001 at their residence then located at 5162 Laukona Street, Lihue, Kauai, Hawaii, Daniel Farmer possessed approximately 6.84 grams, net weight, of methamphetamine.

3. On or about July 6, 2001 at their residence then located at 5162 Laukona Street, Lihue, Kauai, Hawaii, Daniel Farmer possessed drug paraphernalia such as a scale and straws.

4. On or about September 20, 2001, Lovina L. Farmer spoke on the telephone.

5. On or about September 21, 2001 and at earlier times during the period of this conspiracy, at their residence then located at 5162 Laukona Street, Lihue, Kauai, Hawaii, Daniel Farmer and Lovina L. Farmer possessed a paper copy of the FedEx "Track Shipments Detailed Results" for a FedEx shipment with tracking number 830939101616.

All in violation of Title 21, United States Code, Sections 963, 952(a), and 960(b)(1).

Count 2:

The Grand Jury further charges that:

From a time unknown to the grand jury up through and including on or about September 21, 2001 in the District of Hawaii and elsewhere, defendants Daniel Farmer and Lovina L. Farmer and others known and unknown to the grand jury knowingly and intentionally conspired to distribute and to possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

In furtherance of said conspiracy and in order to attain the objects thereof, the same overt acts alleged in Count 1 above were committed in the District of Hawaii and elsewhere,

All in violation of Title 21, United States Code, Sections

846, 841(a)(1), and 841(b)(1)(A).

DATED: Honolulu, Hawaii, January 8, 2003.

A TRUE BILL.

/s/

GRAND JURY FOREPERSON


EDWARD H. KUBO, JR.
United States Attorney

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorneys


USA v. Daniel and Lovina Farmer, USDC-Hawaii, Indictment.