EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile: (808)541-2958
E-mail: Beverly.Sameshima@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00026 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| DANIEL FARMER (01), | ) | |
| LOVINA FARMER (02), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment in this matter against Defendant Lovina Farmer only, on the grounds that a Second Superseding Indictment against

Lovina Farmer in connection with Criminal No. 02-00040 HG has been returned by the federal grand jury which contains the charges alleged against Lovina Farmer in this case.

The defendant is in custody on the dismissed charges listed above as well as on the pending charges in Criminal No. 02-00040 HG.

DATED: Honolulu, Hawaii, October 30, 2003.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

HELEN GILLMOR
_____
UNITED STATES DISTRICT JUDGE

United States v. Lovina Farmer,
Cr. No. 02-00026 HG
Order for Dismissal

copies:   United States Marshal
          DEA, Bureau of Immigration and
          Customs Enforcement
          Winston Ling, Esq.